**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

   Craig H. Wilson .Jr.
    aka Craig Hamilton Wilson, aka Owner Of Keuka Lake Ent., A NY LLC, aka Sole Shrhd− UBI Rest Grp.Inc, A NY Corp, dba Union Block Italian Bistro, fdba 7th Avenue Restaurant Group, fdba Snug Harbor Restaurant And Inn

            Debtor(s)

Case No.: 2−11−20413−PRW
Chapter: 7

SSN: xxx−xx−6668

## FINAL DECREE

The estate of **Craig H. Wilson .Jr.** has been fully administered.

### IT IS ORDERED THAT:

Douglas J. Lustig is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: January 27, 2017          **HONORABLE PAUL R. WARREN**
                                            United States Bankruptcy Judge

Form fnldec/Doc 108
www.nywb.uscourts.gov